Index of Exhibits to
Declaration of Landon Eckles (Dkt. 7)
*Clean Juice Franchising, LLC v. Charleston Juicing, LLC et al.*

| Exhibit No. | Description |
| --- | --- |
| 1 | Clean Juice Operations Manual |
| 2 | Collegeville Lease (Excerpts) |
| 3 | Collegeville Map |
| 4 | Malvern Lease (Excerpts) |
| 5 | Malvern Map |
| 6 | 2019 CJU Training Manual |
| 7 | Online Resources Portal Contents |
| 8 | March 8, 2023 FBC Email to Charleston Franchisees |
| 9 | December 5, 2022 FBC Email to Philadelphia Franchisees |
| 10 | Charleston Mystery Shopper Reports |
| 11 | Philadelphia Mystery Shopper Reports |
| 12 | Downtown Charleston Brand Audit |
| 13 | Mt. Pleasant Brand Audit |
| 14 | Philadelphia Brand Audits |
| 15 | Mt. Pleasant Customer Analysis |
| 16 | Downtown Charleston Customer Analysis |
| 17 | Collegeville Guest Analysis |
| 18 | Malvern Guest Analysis |
| 19 | Wynnewood Guest Analysis |
| 20 | Clean Juice Menu |
| 21 | Clean Juice Cleanse Menu |
| 22 | November 30, 2023 Instagram Post, @silverspoons |
| 23 | September 16, 2023 Document Request |
| 24 | Fall 2023 Prep Guide Inserts |
| 25 | August 30, 2023 Email – M.Manchester to Clean Juice |
| 26 | August 24 2023 Email – Clean Juice Email to M.Manchester re: Collegeville |
| 27 | August 24 2023 Email – Clean Juice Email to M.Manchester re: Malvern |
| 28 | August 24 2023 Email – Clean Juice Email to M.Manchester re: Wynnewood |
| 29 | November 13, 2023 Message from R.Kline to Clean Juice |
| 30 | March 10, 2023 Email from B.Rosene to Clean Juice |
| 31 | March 8, 2023 Email from Clean Juice to R.Kline |