IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:23-CV-00894-RJC-SCR

| | |
|---|---|
| **Clean Juice Franchising, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Charleston Juicing, LLC,** <br> **Charleston Juicing Calhoun, LLC,** <br> **Charleston Juicing West Ashley, LLC,** <br> **Charleston Juicing Mt. Pleasant, LLC**, <br> Roy O. Crain, CJ Collegeville, LLC, CJ Malvern, LLC, CJ Wynnewood, LLC, Vogt Goodyear Enterprises, LLC, Debra K. Manchester, Morgan K. Manchester, & Richard Kline, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion to Stay Pending Arbitration" (Doc. No. 76) filed on July 3, 2024. Having carefully considered the motion and the record and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that the "Joint Motion to Stay Pending Arbitration" is **GRANTED**. The parties are **ORDERED** to submit their dispute to binding arbitration in accordance with their agreement. This matter is hereby **STAYED** pending completion of the parties' final arbitration or other settlement of this dispute. The parties shall file status reports every 90 days following this Order. Pursuant to the Parties' agreement, Defendants' Motion to Dismiss (Doc. No. 40) is hereby **ADMINISTRATIVELY DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: July 3, 2024

*/s/ Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge